IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                              CASE NO. 1:02-cr-00022-MP

JOHN GRISWOLD BRANDIES, JR,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 504, Motion for Early Termination of Probation, filed by Mr. Brandies. Pursuant to 18 U.S.C. § 3564(c), the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and determines that early termination is not warranted at this time. Accordingly, the motion is denied.

    **DONE AND ORDERED** this _14th_ day of August, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge